IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KEISHA L. CUNNINGHAM                                                              PLAINTIFF

V.                                  CASE NO. 16-CV-01073

WAL-MART STORES, INC; and
WAL-MART STORES OF ARKANSAS, LLC                                        DEFENDANTS

## **ORDER**

Before the Court is a Joint Motion to Dismiss with Prejudice. ECF No. 26. The parties state that they have resolved the present dispute and request that this matter be dismissed with prejudice. After considering the parties' request, the Court finds that the instant Joint Motion to Dismiss with Prejudice (ECF No. 26) should be and hereby is **GRANTED**. Accordingly, this matter is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, on this 7th day of September, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge